UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE CHERVENY., <br><br>Petitioner, <br><br>v. <br><br>ERIC ARNOLD, Warden, <br><br>Respondent. | No. 2:17-cv-2528-GGH <br><br>ORDER |

Petitioner appears in this habeas action pro se and in forma pauperis. On June 12, 2018, this court issued an Order to Show Cause requiring plaintiff to explain why he had made no showing to the court that he had obeyed its earlier order to file proof that he had filed a Petition for Habeas Corpus with the California Supreme Court after this court granted him a stay and abeyance for that purpose. ECF No. 10.

Petitioner has now responded satisfactorily to the Order to Show Cause by providing proof that he mailed the petition at issue to the California Supreme Court on June 3, 2018. ECF No. 11.

////
////
////
////

1

In light of the foregoing, IT IS HEREBY ORDERED that:

1. This court's Order to Show Cause dated June 12, 2018, is hereby discharged.

Dated: July 3, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE