# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE CHERVENY, | No. 2:17-cv-2528 MCE GGH P |
| Petitioner, | |
| v. | MEMORANDUM & ORDER |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 13. Accordingly, this action is dismissed without prejudice without need of an order. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

The Clerk shall close this case.

DATED: November 20, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1